FILED
DEC 10 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8971

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Francisco Antonio ZARATE-Rodriguez, | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about December 9, 2007, within the Southern District of California, defendant Francisco Antonio ZARATE-Rodriguez, did knowingly and intentionally import approximately 34.94 kilograms (76.86 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Victor O. Esparza
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10th DAY OF DECEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1

UNITED STATES OF AMERICA
               v.
Francisco Antonio ZARATE-Rodriguez

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Victor O. Esparza.

On December 9, 2007, at approximately 1623 hours, Francisco Antonio ZARATE-Rodriguez, entered the United States from Mexico via the Calexico, CA, West Port of Entry. ZARATE, was the driver and registered owner of a 2002 Ford Focus bearing Baja California, Mexico, license plates of BDR-4460.

At primary inspection, ZARATE presented to Customs and Border Protection Officer J. Colunga, his Mexico citizen passport with a border-crossing visa stamp affixed to it. When ZARATE presented the CBP Officer Colunga his Mexico passport, his hands were visibly shaking. CBP Officer Colunga asked ZARATE why he was nervous, ZARATE did not reply and did not maintain eye contact. Records check of ZARATE's visa performed by CBP Officer Colunga revealed the visa had been reported lost or stolen. ZARATE and the vehicle were referred to the vehicle secondary for further inspection.

At secondary, ZARATE was questioned by CBP Officer Roberto Garcia Jr. When asked about the ownership of the vehicle, ZARATE stated that the vehicle belonged to him. During this time Canine Enforcement Officer, Jeffery Jones was conducting a lot sweep with his Narcotic Detection Dog. The Narcotic Detection Dog alerted to the presence of a narcotic odor emanating from the vehicle that ZARATE was driving.

Upon further inspection a total of thirty-two (32) packages were located hidden inside a specially built floorboard compartment and inside both front rocker panels. One of the packages was probed and a sample of a green leafy substance was extracted, which field-tested positive for marijuana. A total of 34.94 kilograms or (76.86 pounds) of marijuana was found concealed in the vehicle.